**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** July 21, 2022 |
| **USA v. Andrew Norzagaray (NOT PRESENT)** | **Case Number:** 22-06168MJ-001-TUC-DTF |

**U.S. Attorney:** Wallace Kleindienst (duty)
**Interpreter:** Sandra Bravo, by phone        **Language:** Spanish
**Material Witnesses:**
1 - Luis Fernando Rodriguez-Macias;  2 - Jose Manuel Romero-Cornejo;
3 - Hugo Alberto Rodriguez-Macias
**Material Witnesses state true namees to be**
1 - SAME;  2 - SAME;  3 - SAME
**Material Witnesses:**      ☒ Present        ☒ Custody

### INITIAL APPEARANCE – MATERIAL WITNESSES

☒ Complaint Filed            **Date of Arrest:** July 19, 2022
☒ CJA Attorney Guenevere Nelson-Melby is appointed to represent the material witnesses and present for the hearing.
☒ Upon questioning of the alleged material witnesses, the Court finds that they are not citizens of the United States.
☒ Material Witnesses shall be temporarily detained in the custody of the United States Marshal pursuant to 18§ 3144.

IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

**OTHER:** Notice of video deposition set for **8/15/2022 at 1:00 PM** filed by the Government.

**Recorded By** Courtsmart                                      **MW IA**  10 min
**Deputy Clerk** Lindsay Lowe
                                                                **Start:  1:20 PM**
                                                                **Stop:   1:30 PM**