GARY M. RESTAINO
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Jul 21 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

              Plaintiff,

   v.

Andrew Norzagaray,

              Defendant.

22-mj-06168-N/A

NOTICE OF VIDEO DEPOSITION
HEARING AS TO DATE, TIME
AND LOCATION

PLEASE TAKE NOTICE that the video deposition of Luis Rodriguez-Macias, Jose Manuel Romero-Cornejo and Hugo Rodriguez-Macias is currently scheduled for Monday, August 15, 2022, starting at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED July 21, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*mi dehist*

Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means dated July 21, 2022, to:

BP Prosecutions
U.S. Marshal's Service