# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-mj-06168(DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Andrew Norzagaray, | |
| Defendant. | |

On Motion of the Plaintiff, IT IS ORDERED granted and a Status Conference or Change of Plea is scheduled before Magistrate Judge D. Thomas Ferraro on August 12, 2022 at 9:00 a.m.

If a Change of Plea Hearing is going to be conducted, IT IS ORDERED that the Government must file an Information, and defense counsel must file a Notice of Hearing, no later than 12:00 p.m., on August 10, 2022. If the parties have entered into a Stipulation for Release of the Material Witnesses, such Stipulation is to be provided to the Court at the hearing.

If a pre-disposition status conference is to be conducted, IT IS ORDERED that the Assistant U.S. Attorney who will conduct the deposition and defendant's counsel shall personally appear, along with the defendant.

Dated this 20th July, 2022.

Honorable D. Thomas Ferraro
United States Magistrate Judge